**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.188.34.3,

    Defendant.

No. C 15-04248 WHA

**ORDER GRANTING SEALING MOTION**

Plaintiff's motion for leave to file its amended complaint, summons, and return of service under seal is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE